# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Adv. Proc. No. 19-50869 (JKS) |
| | **Ref Docket No. 51** |
| Plaintiff, | |
| vs. | |
| KATHY HAGEN, IN HER CAPACITY AS TRUSTEE TO THE KATHY A. HAGEN DECLARATION OF TRUST DATED MARCH 2, 1998; KATHY HAGEN, | |
| Defendants. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SHARNA WILSON, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

2. On July 9, 2021, I caused to be served the "Stipulation of Dismissal of Adversary Proceeding," dated July 9, 2021 [Docket No. 51], by causing a true and correct copy to be delivered via electronic mail to the following party:*mjoyce@mjlawoffices.com.*

/s/ Sharna Wilson
Sharna Wilson

Sworn to before me this
12th day of July, 2021
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022